IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA      10-0950

William M. Uschock           July 6, 2010

VS.

UNITED STATES DEPARTMENT OF AGRICULTURE     CASE NO. 2010E-000071 of 2009

COMPLAINT

I William M. Uschock a resident of Westmoreland County, 314 Weavers Road Greensburg, PA 15601 and a Pennsylvania Vegetable Grower, U.S. citizen files a complaint pursuant to 7 U.S.C. § 6999. Request for relief and payment for extensive crop loss here to having been unjustly denied. If necessary, I request a trial by jury.

William M. Uschock
William M. Uschock
314 Weavers Road
Greensburg, PA 15601
724 309-8858

RECEIVED
JUL 19 2010
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA